# Exhibit M
# P.A.M. Transport Driver's Manual



# P.A.M. TRANSPORT, INC.

# DRIVER'S MANUAL
## General Requirements

Revised May 2005

DTC00001

7. Always keep work area clean so that it does not create a safety hazard to yourself or others.

8. Unauthorized drivers shall not be permitted to perform any maintenance work on any equipment.

9. Drivers shall not remove any safety guards on any equipment or machine and shall use the safety guards during operation.

10. Personal firearms, hunting knives, large sheath type knives or any other dangerous or illegal weapons are prohibited on Company property or equipment. (Exceptions are small folding pocket knives and box cutters.)

11. Disorderly conduct or the use of foul or abusive language at any Company location, at any customer's location, on the telephone or by use of any other communication devise is strictly forbidden.

12. Drivers shall not damage or misuse property, tools, or machines belonging to the Company.

13. Misrepresenting or withholding information on the employment application or on Company records is considered a violation of these work rules.

14. Disregard of safety rules or of common safety and sanitary practices are considered a violation of these work rules.

15. Insubordination or refusal to follow instructions or to perform designated work shall not be tolerated.

16. Consistently poor workmanship may result in disciplinary action.

17. Failure to comply with maintenance schedules or properly care for trucks assigned to you.

18. Any other conduct which is deemed inappropriate may result in disciplinary action.

19. Non compliance with "No solicitation" and "No distribution" policy (see page 15).

20. Harassment on the basis of race, color, religion, sex, disability, national origin, veteran or other protected status.

The following violations may result in automatic termination of any driver regardless of length of service:

21. Drug or alcohol related driving offenses, use or possession of alcohol or drugs;
    (a) Alcohol - You may not have alcohol (whether containers are full or empty) of any type in the tractor and must conform to federal guidelines found in Part 382 of the *Federal Motor Carrier Safety Regulations (FMCSR)* and Company guidelines found in the Controlled Substances and Alcohol Policy Manual.
    (b) Drugs - The Company will not tolerate the use or possession of any illegal drug or paraphernalia at any time.
    (c) Any DUI or DWI received in any vehicle.
    (d) Drinking or using illegal drugs in off-duty status while under dispatch.
    (e) Confirmed positive or refusals from previous employers.
22. Damage to or unauthorized altering of company equipment;

Continued on next page

13

Continued from previous page

23. Unauthorized passenger;
24. Theft from Company, Other Company Drivers, Vendor or Customer;
25. Failure to report an accident or equipment damage immediately to the Accident Department at 800-283-5129. (For DECKER only 1-800-517-3368) This phone is answered 24 hours a day, 7 days a week.
26. Failure to meet DOT guidelines and/or internal Medical Compliance Criteria;
    NOTE: It is not necessary to report every three days while on a scheduled vacation);
27. Abandoning a truck or trailer; and
28. Falsified application.
29. Unauthorized use of company equipment.
30. Making false reports, excessive log infractions, accidents, safety violations and/or freight claims which are found to be your fault.

## CONFLICT OF INTEREST AND BUSINESS ETHICS

The Company recognizes and respects the individual driver's right to engage in activities outside of his employment which are private in nature and do not in any way conflict with or reflect poorly on the Company. Management shall determine when a driver's activities represent a conflict with the Company's interests and to take whatever action is necessary to resolve the situation up to and including terminating the driver. It isn't possible in a general policy statement of this sort to define all circumstances and relationships that would be considered "unethical". The list below suggests some of the types of activity that would reflect in a negative way on the driver's personal integrity or that would limit his or her ability to discharge job duties and responsibilities in an ethical manner:

1. Simultaneous employment with any other business entity, particularly if the other firm is a competitor or supplier.

2. Conducting Company business with a firm in which the driver, or a close relative of the driver, has a substantial ownership or interest.

3. Holding a substantial interest in, or participating in the management of, a firm to which the Company makes sales or from which it makes purchases.

4. Borrowing money from customers or firms, other than recognized loan institutions, from which the Company buys services, materials, equipment, or supplies.

5. Accepting gifts or entertainment of greater than nominal value from an outside organization or agency.

6. Speculating or dealing in materials, equipment, supplies, services, or property purchased by the Company.

7. Divulging Company information designated "Confidential" to any person or entity without express permission in advance of any disclosure.

8. Misusing privileged information or revealing confidential data to outsiders.

9. Using one's position in the Company or knowledge of its affairs for outside personal gains.

10. Engaging in practices or procedures that violate Anti-Trust Laws or other laws regulating the conduct of Company business.

14

## **COMPLIANCE**

### CONTROLLED SUBSTANCE TESTING

Controlled substance screening is performed for pre-employment, for random sampling, for reasonable cause and for post accident requirements.

If you test positive for a drug screen, you shall be immediately taken off the tractor, and shall be subjected to the discipline found in the "*Controlled Substance Policy*" manual as provided to you.

### D.O.T PHYSICALS

D.O.T. physical examinations must be renewed at least every two (2) years, (may be required more often under certain conditions, contact the Medical Compliance Department). When your physical nears expiration, ensure that you contact the Medical Compliance Department to schedule your examination. This must be done by a company designated physician.

FMCSR 391.45 also provides that DOT physical may be required if your ability to perform your normal duties may have been impaired by a physical or mental injury or disease. The decision to require this DOT physical is with the sole discretion of the Company.

The Driver Resources Department/Medical Compliance Department will need a copy of your renewed physical and will issue you a new Certificate of Qualification at that time.

### CDL RENEWAL

Whenever you renew your driver's license, provide a copy to the Driver Resources Department/Medical Compliance Department. A current copy with endorsements must be on file with your personnel records.

### ANNUAL REVIEW

Our annual review is made on or near your anniversary date of employment each year. D.O.T. Regulations state that each year you must inform your employer of any violations received during the past twelve (12) months. The Medical Compliance Department will inform you as to when you are to complete the necessary documents.

### DRIVER NOTES

24

DTC000025

INJURY OR ILLNESS

OCCUPATIONAL INJURY DEPARTMENT

REPORTING PROCEDURES

Should you sustain an injury while on the job, report it within 24 hours to the Occupational Injury Department. You must report all injuries BEFORE seeing a doctor unless it is an emergency. Should you need emergency treatment, you must call from the place of treatment.

FULL DUTY VS RESTRICTED DUTY RELEASES

Prior to returning to work, you must hold a FULL duty release, no restrictions, from the treating physician. If you are given a RESTRICTED duty release to return to work, you must contact the Occupational Injury Department immediately so that preparation for a position, accommodating your specific restriction(s), can be made at one of our terminals. (Depending on your city and state of residence, travel to a terminal may be necessary)

JURISDICTION FOR FILING CLAIMS

Jurisdiction will be determined by the Occupational Injury Department based on your specific employment details, such as state of hire, subsidiary and terminal location you are associated with.

MEDICAL CLEARANCE

Per FMCSR 391.41 Physical Qualifications for Drivers.
(a) A person shall not drive a commercial motor vehicle unless he/she is physically qualified to do so and, and has on his/her person the original, or a photographic copy of a medical examiner's certificate that he/she is physically qualified to drive a commercial vehicle.

Per Company policy, illness or injury needs to be reported to the Medical Compliance Department. If a driver seeks medical treatment through a licensed health care facility or medical provider, he or she will need to be cleared through the Medical Compliance Department prior to getting back on the truck. This protocol has been established to ensure the safety of our drivers, the welfare of the public in general and compliance with DOT guidelines and internal criteria of the Medical Compliance Department. Prescription drugs must be reported to the Medical Compliance Department before being allowed on the truck to ensure DOT compliance.

DRIVER NOTES

27

DTC000028