UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

          Plaintiff,

v.

DECKER TRANSPORT COMPANY,
INC.,

          Defendant.
_____/

Case No.  09-13116

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of the defendant and against the plaintiff and the case is DISMISSED.

          DAVID WEAVER

Dated: February 25, 2011      By: s/Julie Owens
                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 25, 2011, by electronic and/or ordinary mail.

          S/Julie Owens
          Case Manager, (313) 234-5160